UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEARBORN STREET BUILDING
ASSOCIATES LLC,

    Plaintiff,

vs.

Case No. 1:07-cv-1056

Hon. Hugh W. Brenneman, Jr.

D & T LAND HOLDINGS, LLC;
PCI HOLDINGS, LLC; and
THE HUNTINGTON NATIONAL
BANK,

    Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date;

Plaintiff's Motion for Partial Summary Judgment (docket no. 16) is **DENIED** and Count III is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: June 9, 2008

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge