UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEARBORN STREET BUILDING
ASSOCIATES LLC,

                                                          Case No. 1:07-cv-1056
            Plaintiff,

                                                          Hon. Hugh W. Brenneman, Jr.
vs.

D & T LAND HOLDINGS, LLC;
PCI HOLDINGS, LLC; and,
THE HUNTINGTON NATIONAL
BANK,

            Defendants.
                                               /

**ORDER**

        In accordance with the Opinion entered this date, defendant Huntington National

Bank's motion for summary judgment (docket no. 36) is GRANTED.

        IT IS SO ORDERED.


Dated:  January 6, 2009                    /s/ Hugh W. Brenneman, Jr.
                                           HUGH W. BRENNEMAN, JR.
                                           United States Magistrate Judge