UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEARBORN STREET BUILDING
ASSOCIATES LLC,

        Plaintiff,

Case No. 1:07-cv-1056

Hon. Hugh W. Brenneman, Jr.

vs.

D & T LAND HOLDINGS, LLC;
PCI HOLDINGS, LLC; and,
THE HUNTINGTON NATIONAL
BANK,

        Defendants.
_____/

## ORDER DENYING MOTIONS IN LIMINE

Pending before the court are two motions in limine filed by the defendants (docket nos. 41 and 43).  For the reasons fully stated on the record at the hearing held this date, the motions are DENIED.

        IT IS SO ORDERED.


Dated:  January 6, 2009                     /s/ Hugh W. Brenneman, Jr.
                                               HUGH W. BRENNEMAN, JR.
                                               United States Magistrate Judge