# EXHIBIT A

**The Huntington National Bank's Brief in Support of Motion for Sanctions Against Plaintiff Dearborn Street Building Associates, LLC Pursuant to Fed. R. Civ. P. 11**

EDWARD B. GOODRICH
RICHARD G. LEONARD
BRUCE W. NECKERS
ROBERT J. DUGAN
TERRENCE L. GROESSER
THOMAS P. HOGAN
MARY ANN CARTWRIGHT
DANIEL L. ELVE
THOMAS L. SAXE
JAMES L. SCHIPPER
LAURIE M. STRONG
GREGORY G. TIMMER
STEPHEN A. HILGER
SCOTT J. STEINER
DOUGLAS P. VANDEN BERGE
ROBERT C. SHAVER
JOHN M. LICHTENBERG
MARK E. FATUM
DAN E. BYLENGA, JR.
PAUL A. MCCARTHY
RANDY J. KOLAR
MICHAEL C. WALTON
BRUCE A. COURTADE
PETER J. LOZICKI
TODD A. HENDRICKS
MARK S. PENDERY
MARTIN W. BUSCHLE
TERRY L. ZABEL
MARY JANE RHOADES

Rhoades McKee PC

*attorneys & counselors*

161 Ottawa Avenue NW, Suite 600
Grand Rapids, MI 49503-2793

**Phone 616.235.3500 Fax 616.233.5269**

RhoadesMcKee.com

CONNIE R. THACKER
DAVID E. BEVINS
PATRICK R. DRUEKE
MARY L. TABIN
PAMELA J. FARRER-CROSS
ANTHONY A. PEARSON
MICHELLE F. KITCH
ROBERT C. RUTGERS, JR.
ERIC R. STARCK
JON T. FERRIER
WILLIAM M. NEWMAN
LARISSA D. HOLLINGSWORTH
MATTHEW E. SEYFFERT
JONATHAN A. FENNELL
EMILY A. GREEN
THOMAS S. FLICKINGER
STEPHEN J. HULST
JAMES R. POLL
STEPHANIE L. PRIES

OF COUNSEL
DALE W. RHOADES
F. WILLIAM MCKEE
ARTHUR C. SPALDING
CHARLES T. ZIMMERMAN
ROBERT F. WILLIAMS
JAMES M. FLAGGERT

February 18, 2008

Thomas R. Morris
SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322

Matthew L. Vicari
MILLER JOHNSON
250 Monroe Ave. NW Ste 800
Grand Rapids, MI 49503

Jeffrey G. Muth
BARNES & THORNBURG LLC
300 Ottawa Ave., NW Suite 500
Grand Rapids, MI 49503

In re: Dearborn Building Street Associates v The Huntington National Bank, et al.
Our File: 47166-620

Gentlemen:

Enclosed please find a disk containing Huntington documents (Bates range Huntington 001 – 0609) in response to the voluntary production as contained in paragraph three of the Case Management Order. The documents contained on the disk specifically reference the categories required by the Court: Real Estate appraisal, contracts and mortgage information relating to the May 2, 2007 transaction and mortgage.

Sincerely,

RHOADES McKEE

Paul A. McCarthy

Direct Dial Telephone: (616) 233-5133
E-Mail: mccarthy@rhoadesmckee.com

jm
enc.

U:\47\47166\620\Cor\Counsel.Doc:jlm