# EXHIBIT B

**The Huntington National Bank's Brief in Support of Motion for Sanctions Against Plaintiff Dearborn Street Building Associates, LLC Pursuant to Fed. R. Civ. P. 11**

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1261 |
| CONNECTION TEL | 912485391355 |
| CONNECTION ID | |
| ST. TIME | 02/20 14:57 |
| USAGE T | 00'43 |
| PGS. SENT | 6 |
| RESULT | OK |

Rhoades McKee PC
*attorneys & counselors*

161 Ottawa Avenue NW, Suite 600 Grand Rapids, Michigan 49503-2793
Phone 616.235.3500 Fax 616.233.5269
RhoadesMcKee.com

**FACSIMILE TRANSMITTAL COVER SHEET**

| | |
|---|---|
| To: | Thomas R. Morris |
| Company Name: | SILVERMAN & MORRIS PLLC |
| Recipient Fax No: | 248-539-1355 |

| | |
|---|---|
| Sender's Name: | Paul A. McCarthy |
| Sender's Phone No.: | 616-235-3500 |
| Date/Time Sent: | 2/20/08 2:09 PM |
| Total Pages: | 5 |

RE: Dearborn Street v Huntington et al

Message: See attached correspondence.

EDWARD B. GOODRICH
RICHARD G. LEONARD
BRUCE W. NECKERS
ROBERT J. DUGAN
TERRENCE L. GROESSER
THOMAS P. HOGAN
MARY ANN CARTWRIGHT
DANIEL L. ELVE
THOMAS L. SAXE
JAMES L. SCHIPPER
LAURIE M. STRONG
GREGORY G. TIMMER
STEPHEN A. HILGER
SCOTT J. STEINER
DOUGLAS P. VANDEN BERGE
ROBERT C. SHAVER
JOHN M. LICHTENBERG
MARK E. FATUM
DAN E. BYLENGA, JR.
PAUL A. MCCARTHY
RANDY J. KOLAR
MICHAEL C. WALTON
BRUCE A. COURTADE
PETER J. LOZICKI
TODD A. HENDRICKS
MARK S. PENDERY
MARTIN W. BUSCHLE
TERRY L. ZABEL
MARY JANE RHOADES

Rhoades McKee PC

*attorneys & counselors*

161 Ottawa Avenue NW, Suite 600
Grand Rapids, MI 49503-2793

**Phone 616.235.3500 Fax 616.233.5269**

RhoadesMcKee.com

CONNIE R. THACKER
DAVID E. BEVINS
PATRICK R. DRUEKE
MARY L. TABIN
PAMELA J. FARRER-CROSS
ANTHONY A. PEARSON
MICHELLE F. KITCH
ROBERT C. RUTGERS, JR.
ERIC R. STARCK
JON T. FERRIER
WILLIAM M. NEWMAN
LARISSA D. HOLLINGSWORTH
MATTHEW E. SEYFFERT
JONATHAN A. FENNELL
EMILY A. GREEN
THOMAS S. FLICKINGER
STEPHEN J. HULST
JAMES R. POLL
STEPHANIE L. PRIES

OF COUNSEL
DALE W. RHOADES
F. WILLIAM MCKEE
ARTHUR C. SPALDING
CHARLES T. ZIMMERMAN
ROBERT F. WILLIAMS
JAMES M. FLAGGERT

February 20, 2008

**VIA FACSIMILE – 248-539-1355**

Thomas R. Morris
SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322

In re: Dearborn Building Street Associates v The Huntington National Bank, et al.
Our File: 47166-620

Dear Tom:

Enclosed please find a Stipulation and Order to Dismiss Huntington National Bank from the above matter. I would kindly ask for your consent to this Order so that I can submit it to the Court and get the bank removed from this case. I will be leaving the office for a long weekend at the end of the day tomorrow. If you could, would you get back to me by mid-afternoon on Thursday? Thanks, Tom.

Sincerely,

RHOADES McKEE

Paul A. McCarthy

Direct Dial Telephone: (616) 233-5133
E-Mail: mccarthy@rhoadesmckee.com

jm

U:\47\47166\620\Cor\Morris1.Doc:jlm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (GRAND RAPIDS)

DEARBORN STREET BUILDING ASSOCIATES LLC, an Illinois limited liability company,

Plaintiff,

Civil Case No. 1:07-CV-1056

Hon. Gordon J. Quist

v

D & T LAND HOLDINGS LLC, a Michigan limited liability company;
PCI HOLDINGS, LLC, a Michigan limited liability company; and THE HUNTINGTON NATIONAL BANK, a national banking association,

Defendants

Thomas R. Morris (P39141)
SILVERMAN & MORRIS, P.L.L.C.
Attorneys for Plaintiff
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322
(248) 539-1330

Paul A. McCarthy (P47212)
RHOADES MCKEE
Attorneys for Defendant Hungington National Bank
600 Waters Building
161 Ottawa Avenue, N. W.
Grand Rapids, MI 49503
(616) 235-3500

Matthew L. Vicari (P44049)
Monica C. Inhulsen (P66124)
MILLER JOHNSON
Attorneys for D&T Land Holdings LLC
250 Monroe Ave., NW Suite 800
Grand Rapids, MI 49503
(616) 831-1700

Jeffrey G. Muth (P65041)
BARNES & THORNBURG LLC
Attorneys for Defendant PCI Holdings LLC
300 Ottawa Ave., NW Suite 500
Grand Rapids, MI 49503
(616) 742-3930

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Plaintiff, through its undersigned counsel and Huntington National Bank, through their undersigned counsel, stipulate and agree to the dismissal of the above matter as to Defendant Huntington National Bank with prejudice and without costs.

Dated: February ___, 2008

SILVERMAN & MORRIS, PLLC
Attorneys for Plaintiff

By:______________________________
Thomas R. Morris (P39141)

Dated: February 20, 2008

RHOADES McKEE
Attorneys for Defendant Huntington

By: [signature]
Paul A. McCarthy (P47212)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (GRAND RAPIDS)

DEARBORN STREET BUILDING ASSOCIATES LLC, an Illinois limited liability company,

Plaintiff,

Civil Case No. 1:07-CV-1056

Hon. Gordon J. Quist

v

D & T LAND HOLDINGS LLC, a Michigan limited liability company;
PCI HOLDINGS, LLC, a Michigan limited liability company; and THE HUNTINGTON NATIONAL BANK, a national banking association,

Defendants

Thomas R. Morris (P39141)
SILVERMAN & MORRIS, P.L.L.C.
Attorneys for Plaintiff
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322
(248) 539-1330

Paul A. McCarthy (P47212)
RHOADES MCKEE
Attorneys for Defendant Hungington National Bank
600 Waters Building
161 Ottawa Avenue, N. W.
Grand Rapids, MI 49503
(616) 235-3500

Matthew L. Vicari (P44049)
Monica C. Inhulsen (P66124)
MILLER JOHNSON
Attorneys for D&T Land Holdings LLC
250 Monroe Ave., NW Suite 800
Grand Rapids, MI 49503
(616) 831-1700

Jeffrey G. Muth (P65041)
BARNES & THORNBURG LLC
Attorneys for Defendant PCI Holdings LLC
300 Ottawa Ave., NW Suite 500
Grand Rapids, MI 49503
(616) 742-3930

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

Upon reviewing the stipulation of the parties, the Court orders that Huntington National Bank is dismissed as a Defendant in this matter with prejudice and without costs.

Honorable Gordon J. Quist
Judge, United States District Court

Attest: A True Copy

______________________________
Deputy Clerk