# EXHIBIT D

**The Huntington National Bank's Brief in Support of Motion for Sanctions Against Plaintiff Dearborn Street Building Associates, LLC Pursuant to Fed. R. Civ. P. 11**

**Paul A. McCarthy**

**From:** Paul A. McCarthy
**Sent:** Friday, October 17, 2008 9:19 AM
**To:** Thomas R. Morris (Morris@SilvermanMorris.com)
**Subject:** Dearborn v. D&T and Huntington

Tom:

In speaking with the bank, it is not interested in executing an affidavit, but it is willing to agree to the dismissal of the lawsuit with prejudice and without costs. That offer is available for acceptance by Dearborn until the close of business on Friday, October 24th, at which time it will expire.

Paul A. McCarthy
mccarthy@rhoadesmckee.com
Rhoades McKee PC
*attorneys & counselors*
161 Ottawa NW, Suite 600, Grand Rapids, MI 49503
p (616) 233-5133 f (616) 459-5102

*CONFIDENTIALITY NOTICE: This message and any attachment contain attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this message in error, please notify us immediately by return email and delete this message and any attachment from your system.*

*DISCLOSURE UNDER TREASURY CIRCULAR 230: To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.*