# EXHIBIT E

**The Huntington National Bank's Brief in Support of Motion for Sanctions Against Plaintiff Dearborn Street Building Associates, LLC Pursuant to Fed. R. Civ. P. 11**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/26/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 0.50<br>0.50 | 80.00<br>80.00 | RECEIVE AND BEGIN REVIEW OF COMPLAINT AGAINST HUNTINGTON NATIONAL BANK BY DEARBORN STREET BUILDING ASSOCIATES; RECEIVE AND REVIEW CLOSING STATEMENT; CORRESPONDENCE FROM AND TO PETE RHOADES REGARDING SAME. | 047166-0620 | 1153727 |
| 10/31/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 0.50<br>0.50 | 70.00<br>70.00 | MULTIPLE CONFERENCES WITH CLIENT; FOLLOW-UP WITH ATTORNEY PAUL MC CARTHY; REVIEW PLEADINGS AND CLIENT SUMMARY; ADDRESS CLIENT SUMMARY - CONTACTS. | 047166-0620 | 1155328 |
| 10/31/2007<br>01/09/2008 | PAM | PAUL A. MC CARTHY<br>Invoice=152124 | 1.00<br>1.00 | 160.00<br>160.00 | REVIEW COMPLAINT; TELEPHONE CONFERENCE WITH PAT DRUEKE REGARDING BACKGROUND AND LACK OF CLARITY IN COMPLAINT AS TO HUNTINGTON NATIONAL BANK; DETAILED TELEPHONE CONFERENCE WITH TOM MORRIS, PLAINTIFF'S COUNSEL, REGARDING CASE. | 047166-0620 | 1155876 |
| 11/01/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 0.20<br>0.20 | 32.00<br>32.00 | RECEIVE AND REVIEW FAX CORRESPONDENCE FROM ATTORNEY TOM MORRIS ENCLOSING FIRST AMENDED COMPLAINT AND COURT ORDER DATED OCTOBER 30, 2007. | 047166-0620 | 1159424 |
| 11/01/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 0.75<br>0.75 | 105.00<br>105.00 | RECEIVE/REVIEW TWO BANKER'S BOXES OF LOAN DOCUMENTS FROM CLIENT; FOLLOW-UP REGARDING FEDERAL COURT LITIGATION; FOLLOW-UP WITH [redacted] | 047166-0620 | 1155957 |
| 11/02/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 0.50<br>0.50 | 80.00<br>80.00 | PREPARE CORRESPONDENCE TO PETE RHOADES REGARDING CONVERSATION WITH PLAINTIFF'S COUNSEL; REVIEW AMENDED COMPLAINT AND ORDER OF COURT REGARDING DISMISSAL FOR LACK OF JURISDICTIONAL ALLEGATIONS. | 047166-0620 | 1156194 |
| 11/05/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 0.40<br>0.40 | 64.00<br>64.00 | RECEIVE AND REVIEW THREE ITEMS OF CORRESPONDENCE FROM PETE RHOADES REGARDING[redacted]EVIEW FILE AND REGARDING STATUS OF ANSWER; PREPARE RESPONSIVE CORRESPONDENCE REGARDING SAME; RECEIVE AND REVIEW CORRESPONDENCE FROM[redacted]EGARDING SAME. | 047166-0620 | 1158343 |
| 11/06/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 2.75<br>2.75 | 385.00<br>385.00 | PREPARE FOR CLIENT MEETING; BRIEF FILE REVIEW; [redacted]TO FOLLOW UP ON FACTUAL BACKGROUND; DRAFT MEMORANDUM; ADDRESS DOCUMENT(S). | 047166-0620 | 1157921 |
| 11/07/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 0.50<br>0.50 | 70.00<br>70.00 | RECEIVE/REVIEW UPDATE FROM [redacted]EGARDING TATE CONTACT AND COUNSEL; UPDATE ATTORNEY P. MC CARTHY. | 047166-0620 | 1158454 |
| 11/08/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 0.50<br>0.50 | 70.00<br>70.00 | EDIT OUTLINE OF FACTS; BRIEF REVIEW OF MUFLA; STAFF MEETING REGARDING DOCUMENT COPY; FOLLOW-UP WITH ATTORNEY MC CARTHY AND CLIENT. | 047166-0620 | 1159101 |
| 11/09/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 1.00<br>1.00 | 140.00<br>140.00 | CONFERENCE [redacted]REGARDING AMENDED COMPLAINT; CONFERENCE WITH ATTORNEY PAUL MC CARTHY. | 047166-0620 | 1159991 |
| 11/09/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 0.70<br>0.70 | 112.00<br>112.00 | REVIEW PETE RHOADES MEMORANDUM REGARDING [redacted]AND FACTUAL BACKGROUND; DETAILED TELEPHONE CONFERENCE WITH PETE RHOADES REGARDING SAME. | 047166-0620 | 1160270 |
| 11/14/2007<br>12/10/2007 | PDR | PETER D. RHOADES<br>Invoice=151147 | 0.35<br>0.35 | 49.00<br>49.00 | CONFERENCE [redacted] RECEIVE/REVIEW ANSWER FROM ATTORNEY MC CARTHY. | 047166-0620 | 1161006 |
| 11/14/2007<br>12/10/2007 | PAM | PAUL A. MC CARTHY<br>Invoice=151147 | 2.00<br>2.00 | 320.00<br>320.00 | REVIEW AMENDED COMPLAINT; PREPARE ANSWER; PREPARE AFFIRMATIVE DEFENSES; RESEARCH FRAUDULENT CONVEYANCE; LOCATE AND PRINT CASE REGARDING SETTING ASIDE MORTGAGE; REVIEW AND REVISE DRAFT ANSWER; PREPARE CORRESPONDENCE TO [redacted] AND PETE RHOADES REGARDING CASE AND ATTACHING DRAFT ANSWER FOR REVIEW AND COMMENT. | 047166-0620 | 1162905 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/14/2007 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | TELEPHONE CONFERENCE WITH [redacted] | 047166-0620 | 1162906 |
| 12/10/2007 | | Invoice=151147 | 0.25 | 40.00 | REGARDING HIS REVIEW AND APPROVAL OF ANSWER; | | |
| | | | | | FURTHER DISCUSSION REGARDING FACTUAL BACKGROUND | | |
| | | | | | AND STRATEGY FOR EARLY EXIT FROM THE | | |
| | | | | | LITIGATION. | | |
| 11/14/2007 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | TELEPHONE CONFERENCE WITH PETE RHOADES | 047166-0620 | 1162908 |
| 12/10/2007 | | Invoice=151147 | 0.30 | 48.00 | REGARDING ANSWER; ATTEND TO FILING SAME | | |
| | | | | | ELECTRONICALLY WITH FEDERAL COURT VIA PACER | | |
| | | | | | SYSTEM. | | |
| 11/27/2007 | PDR | PETER D. RHOADES | 0.25 | 35.00 | ADDRESS DOCUMENT PRODUCTION. | 047166-0620 | 1166361 |
| 01/09/2008 | | Invoice=152124 | 0.25 | 35.00 | | | |
| 11/30/2007 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | TELEPHONE CONFERENCE WITH PETE RHOADES | 047166-0620 | 1166149 |
| 12/10/2007 | | Invoice=151147 | 0.20 | 32.00 | REGARDING STATUS OF CASE. | | |
| 12/07/2007 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW ANSWER TO FIRST AMENDED | 047166-0620 | 1167682 |
| 01/09/2008 | | Invoice=152124 | 0.30 | 48.00 | COMPLAINT FROM CO-DEFENDANT PCI HOLDINGS. | | |
| 12/12/2007 | PDR | PETER D. RHOADES | 0.50 | 70.00 | PREPARE FOR CLIENT MEETING; MEET WITH ATTORNEY | 047166-0620 | 1170292 |
| 01/09/2008 | | Invoice=152124 | 0.50 | 70.00 | MC CARTHY TO REVIEW LOAN DOCUMENTS FILE. | | |
| 12/12/2007 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | OFFICE CONFERENCE WITH PETE RHOADES TO REVIEW | 047166-0620 | 1169855 |
| 01/09/2008 | | Invoice=152124 | 0.50 | 80.00 | BACKGROUND, ISSUES, AND NEED TO REVIEW BOX PLUS | | |
| | | | | | OF MATERIAL. | | |
| 12/12/2007 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | REVIEW BACKGROUND WITH LARISSA HOLLINGSWORTH | 047166-0620 | 1169857 |
| 01/09/2008 | | Invoice=152124 | 0.20 | 32.00 | AND REVIEW AND ORGANIZATION OF FILES. | | |
| 12/13/2007 | LDHO | LARISSA D. HOLLINGSWOR | 1.20 | 192.00 | BEGIN REVIEW OF DOCUMENTS [redacted] | 047166-0620 | 1173723 |
| 01/09/2008 | | Invoice=152124 | 1.20 | 192.00 | | | |
| | | | | | | | |
| 12/14/2007 | LDHO | LARISSA D. HOLLINGSWOR | 3.50 | 560.00 | CONTINUE REVIEW OF DOCUMENTS [redacted] | 047166-0620 | 1173727 |
| 01/09/2008 | | Invoice=152124 | 3.50 | 560.00 | | | |
| 12/14/2007 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW APPEARANCE FILED ON BEHALF | 047166-0620 | 1169963 |
| 01/09/2008 | | Invoice=152124 | 0.20 | 32.00 | OF D & T LAND HOLDINGS. | | |
| 12/17/2007 | LDHO | LARISSA D. HOLLINGSWOR | 1.60 | 256.00 | REVIEW FILE DOCUMENTS [redacted] | 047166-0620 | 1173740 |
| 01/09/2008 | | Invoice=152124 | 1.60 | 256.00 | | | |
| | | | | | | | |
| 12/18/2007 | LDHO | LARISSA D. HOLLINGSWOR | 2.50 | 400.00 | CONTINUE DOCUMENT REVIEW [redacted] | 047166-0620 | 1173744 |
| 01/09/2008 | | Invoice=152124 | 2.50 | 400.00 | | | |
| 12/19/2007 | LDHO | LARISSA D. HOLLINGSWOR | 1.20 | 192.00 | CONTINUE REVIEW OF DOCUMENTS [redacted] | 047166-0620 | 1173755 |
| 01/09/2008 | | Invoice=152124 | 1.20 | 192.00 | | | |
| | | | | | | | |
| 12/27/2007 | LDHO | LARISSA D. HOLLINGSWOR | 1.50 | 240.00 | CONTINUE REVIEW OF DOCUMENTS [redacted] | 047166-0620 | 1173767 |
| 01/09/2008 | | Invoice=152124 | 1.50 | 240.00 | | | |
| 12/27/2007 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW DEFENDANT D&T LAND HOLDINGS' | 047166-0620 | 1174128 |
| 01/09/2008 | | Invoice=152124 | 0.20 | 32.00 | ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO | | |
| | | | | | PLAINTIFF'S FIRST AMENDED COMPLAINT. | | |
| 12/27/2007 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER SETTING RULE 16 | 047166-0620 | 1174132 |
| 01/09/2008 | | Invoice=152124 | 0.20 | 32.00 | SCHEDULING CONFERENCE. | | |
| 01/02/2008 | LDHO | LARISSA D. HOLLINGSWOR | 2.00 | 320.00 | CONTINUE REVIEW OF CLIENT DOCUMENTS [redacted] | 047166-0620 | 1174461 |
| 01/09/2008 | | Invoice=152124 | 2.00 | 320.00 | | | |
| | | | | | | | |
| 01/06/2008 | LDHO | LARISSA D. HOLLINGSWOR | 6.50 | 1,040.00 | COMPLETE REVIEW OF DOCUMENTS RECEIVED FROM | 047166-0620 | 1175061 |
| 02/11/2008 | | Invoice=153455 | 6.50 | 1,040.00 | CLIENT [redacted] | | |
| | | | | | | | |
| 01/07/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM PETE | 047166-0620 | 1175603 |
| 02/11/2008 | | Invoice=153455 | 0.30 | 48.00 | RHOADES REGARDING REQUEST BY BORROWER FOR FILE; | | |
| | | | | | PREPARE RESPONSIVE CORRESPONDENCE REGARDING | | |
| | | | | | STATUS OF REVIEW OF FILE AND FURTHER RESPONSE | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | ON JANUARY 8. | | |
| 01/07/2008 | PDR | PETER D. RHOADES | 0.15 | 21.00 | RECEIVE/REVIEW EMAIL FROM [redacted] REGARDING | 047166-0620 | 1177264 |
| 02/11/2008 | | Invoice=153455 | 0.15 | 21.00 | STATUS; FOLLOW-UP WITH ATTORNEY MC CARTHY; | | |
| | | | | | UPDATE FILE. | | |
| 01/09/2008 | PAM | PAUL A. MC CARTHY | 1.20 | 192.00 | REVIEW HUNTINGTON NATIONAL BANK RECORDS | 047166-0620 | 1176429 |
| 02/11/2008 | | Invoice=153455 | 1.20 | 192.00 | IDENTIFIED BY LARISSA HOLLINGSWORTH FOR FURTHER | | |
| | | | | | REVIEW; PREPARE DETAILED CORRESPONDENCE TO PETE | | |
| | | | | | RHOADES REGARDING SAME. | | |
| 01/10/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM [redacted] | 047166-0620 | 1177176 |
| 02/11/2008 | | Invoice=153455 | 0.30 | 48.0[redacted] | REGARDING FURTHER CONTACT FROM BRENT | | |
| | | | | | TATE AND REQUEST TO REVIEW BANK FILE; PREPARE | | |
| | | | | | RESPONSIVE CORRESPONDENCE TO [redacted] | | |
| | | | | | REGARDING SAME; TELEPHONE CONFERENCE WITH PETE | | |
| | | | | | RHOADES REGARDING REVIEW ON FILE, ACCESS TO | | |
| | | | | | TATE, AND FOLLOW UP WITH PLAINTIFF'S COUNSEL | | |
| | | | | | SEEKING DISMISSAL OF HNB. | | |
| 01/18/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | DETAILED TELEPHONE CONFERENCE WITH TOM MORRIS, | 047166-0620 | 1180387 |
| 02/11/2008 | | Invoice=153455 | 0.25 | 40.00 | COUNSEL FOR PLAINTIFF REGARDING CASE AND | | |
| | | | | | DISMISSAL OF HUNTINGTON. | | |
| 01/24/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | REVIEW ISSUES REGARDING DOCUMENT PRODUCTION AND | 047166-0620 | 1183360 |
| 02/11/2008 | | Invoice=153455 | 0.40 | 64.00 | LOGISTICS OF SAME; PREPARE CORRESPONDENCE TO | | |
| | | | | | TOM MORRIS, PLAINTIFF'S COUNSEL, REGARDING BANK | | |
| | | | | | FILE; TELEPHONE CONFERENCE WITH PETE RHOADES | | |
| | | | | | REGARDING SAME, REGARDING PROTECTIVE ORDER AND | | |
| | | | | | NOTICE TO BORROWER'S COUNSEL. | | |
| 01/29/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | PREPARE CORRESPONDENCE TO TOM MORRIS REGARDING | 047166-0620 | 1183721 |
| 02/11/2008 | | Invoice=153455 | 0.30 | 48.00 | RULE 16 CONFERENCE; RECEIVE AND REVIEW | | |
| | | | | | RESPONSIVE CORRESPONDENCE FROM TOM MORRIS | | |
| | | | | | REGARDING SAME. | | |
| 01/30/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1183726 |
| 02/11/2008 | | Invoice=153455 | 0.20 | 32.00 | MORRIS REGARDING JOINT STATUS REPORT. | | |
| 01/30/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | TELEPHONE CONFERENCE WITH MONICA INHULSEN, | 047166-0620 | 1183727 |
| 02/11/2008 | | Invoice=153455 | 0.20 | 32.00 | MILLER JOHNSON, REGARDING INTENTION TO PRODUCE | | |
| | | | | | BANK FILE AND MAKING IT AVAILABLE FOR HER | | |
| | | | | | INSPECTION. | | |
| 01/30/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | PREPARE CORRESPONDENCE TO J. MUTH REGARDING | 047166-0620 | 1183728 |
| 02/11/2008 | | Invoice=153455 | 0.20 | 32.00 | INTENTION TO PRODUCE BANK FILE AND HIS | | |
| | | | | | OPPORTUNITY TO INSPECT AND HAVE INPUT. | | |
| 01/31/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1184678 |
| 02/11/2008 | | Invoice=153455 | 0.25 | 40.00 | MORRIS REGARDING DOCUMENT REVIEW; PREPARE | | |
| | | | | | RESPONSIVE CORRESPONDENCE TO TOM MORRIS | | |
| | | | | | REGARDING SAME. | | |
| 02/01/2008 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | REVIEW DRAFT JOINT STATUS REPORT FROM TOM | 047166-0620 | 1186532 |
| 03/06/2008 | | Invoice=154074 | 0.50 | 80.00 | MORRIS, WITH PROPOSED REVISIONS BY MONICA | | |
| | | | | | INHULSEN; DRAFT STATEMENT FOR INCLUSION BY | | |
| | | | | | HUNTINGTON NATIONAL BANK; FORWARD TO TOM MORRIS | | |
| | | | | | REGARDING REVISIONS TO JOINT STATUS REPORT. | | |
| 02/04/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1186594 |
| 03/06/2008 | | Invoice=154074 | 0.30 | 48.00 | MORRIS REGARDING STATUS AND REGARDING | | |
| | | | | | INSPECTION OF FILE ON FEBRUARY 6; PREPARE | | |
| | | | | | RESPONSIVE CORRESPONDENCE REGARDING SAME. | | |
| 02/04/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW JOINT STATUS REPORT FILED | 047166-0620 | 1186600 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | WITH U.S. DISTRICT COURT. | | |
| 02/06/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1189561 |
| 03/06/2008 | | Invoice=154074 | 0.30 | 48.00 | MORRIS REGARDING FILE INSPECTION; RECEIVE AND | | |
| | | | | | REVIEW CORRESPONDENCE FROM MONICA INHULSEN | | |
| | | | | | REGARDING SAME; PREPARE RESPONSIVE | | |
| | | | | | CORRESPONDENCE. | | |
| 02/06/2008 | PAM | PAUL A. MC CARTHY | 1.00 | 160.00 | PREPARE FOR AND ATTEND RULE 16 CONFERENCE; | 047166-0620 | 1189563 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/06/2008 | | Invoice=154074 | 1.00 | 160.00 | RETURN. | | |
| 02/06/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MATT | 047166-0620 | 1189564 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | VICARI REGARDING DOCUMENTS TO BE PRODUCED BY | | |
| | | | | | HUNTINGTON NATIONAL BANK AND REVIEW OF SAME. | | |
| 02/07/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CASE MANAGEMENT ORDER FROM | 047166-0620 | 1188409 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | U.S. DISTRICT COURT ALONG WITH ORDER OF | | |
| | | | | | REFERENCE AND MINUTES OF JOINT STATUS | | |
| | | | | | CONFERENCE. | | |
| 02/11/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CASE MANAGEMENT ORDER; | 047166-0620 | 1188414 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | CALENDAR ALL DATES AND DEADLINES. | | |
| 02/12/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | TELEPHONE CONFERENCE WITH MATT VICARI REGARDING | 047166-0620 | 1188383 |
| 03/06/2008 | | Invoice=154074 | 0.25 | 40.00 | FILE AND REVIEWING SAME FOR APPRAISALS; MAKE | | |
| | | | | | FILE AVAILABLE FOR REVIEW. | | |
| 02/18/2008 | PAM | PAUL A. MC CARTHY | 1.50 | 240.00 | REVIEW BANK FILE FOR DOCUMENTS REQUIRED TO BE | 047166-0620 | 1190786 |
| 03/06/2008 | | Invoice=154074 | 1.50 | 240.00 | PRODUCED BY COURT FOLLOWING RULE 16 CONFERENCE; | | |
| | | | | | COMPILE RESPONSIVE DOCUMENTS FOR BATES STAMPING | | |
| | | | | | AND COPYING; PREPARE CORRESPONDENCE TO COUNSEL | | |
| | | | | | ENCLOSING DISK CONTAINING HUNTINGTON'S | | |
| | | | | | DOCUMENTS. | | |
| 02/20/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | PREPARE STIPULATION AND PROPOSED ORDER OF | 047166-0620 | 1191112 |
| 03/06/2008 | | Invoice=154074 | 0.40 | 64.00 | DISMISSAL; PREPARE CORRESPONDENCE TO TOM | | |
| | | | | | MORRIS, ENCLOSING SAME AND REQUESTING CONSENT | | |
| | | | | | TO DISMISS HUNTINGTON NATIONAL BANK. | | |
| 02/20/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW BUY AND SELL AGREEMENTS | 047166-0620 | 1191129 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | SUBMITTED ON BEHALF OF D&T PER THE CASE | | |
| | | | | | MANAGEMENT ORDER. | | |
| 02/20/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW PCI DOCUMENTS SUBMITTED PER | 047166-0620 | 1191130 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | THE CASE MANAGEMENT ORDER BY ATTORNEY JEFF | | |
| | | | | | MUTH. | | |
| 02/27/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW PLAINTIFF'S MOTION FOR | 047166-0620 | 1194038 |
| 03/06/2008 | | Invoice=154074 | 0.20 | 32.00 | PARTIAL SUMMARY JUDGMENT FILED BY THOMAS | | |
| | | | | | MORRIS. | | |
| 02/29/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | DETAILED TELEPHONE CONFERENCE WITH TOM MORRIS | 047166-0620 | 1194714 |
| 03/06/2008 | | Invoice=154074 | 0.25 | 40.00 | REGARDING STATUS OF CASE AND POTENTIAL | | |
| | | | | | DISMISSAL OF HUNTINGTON. | | |
| 02/29/2008 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | REVIEW FILE; PREPARE AND FILE LAY WITNESS LIST. | 047166-0620 | 1194716 |
| 03/06/2008 | | Invoice=154074 | 0.50 | 80.00 | | | |
| 03/03/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW PCI HOLDINGS' WITNESS LIST. | 047166-0620 | 1197117 |
| 04/09/2008 | | Invoice=155917 | 0.20 | 32.00 | | | |
| 03/11/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRESPONDENCE UPDATE TO | 047166-0620 | 1199291 |
| 04/09/2008 | | Invoice=155917 | 0.20 | 32.00 | [redacted]EGARDING SETTLEMENT DISCUSSIONS | | |
| | | | | | AND APPARENT PROGRESSION OF CASE TO LITIGATED | | |
| | | | | | RESOLUTION. | | |
| 03/12/2008 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | DETAILED TELEPHONE CONFERENCE WITH PETE RHOADES | 047166-0620 | 1199468 |
| 04/09/2008 | | Invoice=155917 | 0.50 | 80.00 | REGARDING CASE BACKGROUND AND STATUS. | | |
| 03/19/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW COPY OF CORRESPONDENCE FROM | 047166-0620 | 1200817 |
| 04/09/2008 | | Invoice=155917 | 0.20 | 32.00 | MATT VICARI TO THOMAS MORRIS RE FILING OF | | |
| | | | | | SECOND AMENDED COMPLAINT. | | |
| 03/27/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW D&T LAND HOLDINGS' RESPONSE | 047166-0620 | 1204009 |
| 04/09/2008 | | Invoice=155917 | 0.20 | 32.00 | IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL | | |
| | | | | | SUMMARY JUDGMENT FILED BY MATT VICARI. | | |
| 04/08/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRECTED REPLY BRIEF IN | 047166-0620 | 1208104 |
| 05/08/2008 | | Invoice=157018 | 0.20 | 32.00 | SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL | | |
| | | | | | SUMMARY JUDGMENT FILED BY THOMAS MORRIS. | | |
| 05/05/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW NOTICE FOR MOTION HEARING | 047166-0620 | 1215787 |
| 06/11/2008 | | Invoice=158373 | 0.20 | 32.00 | FROM U.S. DISTRICT COURT. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/12/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW NOTICE RESCHEDULING HEARING | 047166-0620 | 1218261 |
| 06/11/2008 | | Invoice=158373 | 0.20 | 32.00 | (TIME ONLY) FROM U.S. DISTRICT COURT. | | |
| 05/29/2008 | EML | ERIN M. LYON | 1.75 | 280.00 | WENT TO FEDERAL COURT TO VIEW PARTIAL SUMMARY | 047166-0620 | 1222964 |
| 06/11/2008 | | Invoice=158373 | 1.75 | 0.00 | JUDGMENT MOTION AND OFFICE CONFERENCE WITH PAUL | | |
| | | | | | TO DISCUSS DRAFTING OF RULE 11 MOTION. (NO | | |
| | | | | | CHARGE) | | |
| 05/29/2008 | EML | ERIN M. LYON | 1.50 | 240.00 | REVIEWED FIRST AMENDED COMPLAINT; REVIEW FRCP | 047166-0620 | 1222972 |
| 06/11/2008 | | Invoice=158373 | 1.50 | 240.00 | 11 AND RULE 11 MOTION; BEGIN DRAFTING OF LETTER | | |
| | | | | | TOO PLAINTIFF'S ATTORNEY AND DRAFT OF RULE 11 | | |
| | | | | | MOTION. | | |
| 05/29/2008 | PAM | PAUL A. MC CARTHY | 2.50 | 400.00 | REVIEW BRIEFS REGARDING PLAINTIFF'S MOTION FOR | 047166-0620 | 1223823 |
| 06/11/2008 | | Invoice=158373 | 2.50 | 400.00 | PARTIAL SUMMARY JUDGMENT AND ANALYZE SAME FOR | | |
| | | | | | IMPACT ON BANK'S POSITION; TRAVEL TO FEDERAL | | |
| | | | | | COURT; ATTEND HEARING ON MOTION FOR SUMMARY | | |
| | | | | | JUDGMENT; CONFERENCE WITH PLAINTIFF'S COUNSEL, | | |
| | | | | | TOM MORRIS, FOLLOWING HEARING TO AGAIN REQUEST | | |
| | | | | | DISMISSAL OF HNB FROM CASE, LACK OF CLAIMS | | |
| | | | | | AGAINST BANK, HIS ACKNOWLEDGMENT OF SAME, AND | | |
| | | | | | POTENTIAL RULE 11 MOTION; RETURN. | | |
| 05/29/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | BEGIN REVIEW OF RULE 11 ISSUES; REVIEW SAME | 047166-0620 | 1223833 |
| 06/11/2008 | | Invoice=158373 | 0.40 | 64.00 | WITH ERIN LYON FOR BRIEF AND MOTION TO INVOKE | | |
| | | | | | RULE 11 SAFE HARBOR. | | |
| 06/02/2008 | EML | ERIN M. LYON | 3.50 | 350.00 | RESEARCH CASES FOR RULE 11 MOTION AND DRAFT | 047166-0620 | 1224210 |
| 07/11/2008 | | Invoice=159513 | 3.50 | 350.00 | RULE 11 MOTION AND ACCOMPANYING CORRESPONDENCE. | | |
| 06/02/2008 | EML | ERIN M. LYON | 0.50 | 50.00 | CONFERENCE WITH ATTORNEY McCARTHY TO DISCUSS | 047166-0620 | 1224211 |
| 07/11/2008 | | Invoice=159513 | 0.50 | 50.00 | RULE 11 MOTION. | | |
| 06/02/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | REVIEW STATUS OF RULE 11 ISSUE AND DRAFT | 047166-0620 | 1225857 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | MOTION; CONFERENCE WITH ERIN LYON REGARDING | | |
| | | | | | SAME. | | |
| 06/03/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | REVIEW AND EDIT DRAFT RULE 11 MOTION AND | 047166-0620 | 1225865 |
| 07/11/2008 | | Invoice=159513 | 0.40 | 64.00 | SAFEHARBOR. | | |
| 06/03/2008 | EML | ERIN M. LYON | 0.25 | 25.00 | CONFERENCE WITH ATTORNEY McCARTHY TO DISCUSS | 047166-0620 | 1224410 |
| 07/11/2008 | | Invoice=159513 | 0.25 | 25.00 | CHANGES TO RULE 11 MOTION. | | |
| 06/03/2008 | EML | ERIN M. LYON | 6.00 | 600.00 | REVISE RULE 11 MOTION; BEGIN PREPARATION OF | 047166-0620 | 1224411 |
| 07/11/2008 | | Invoice=159513 | 6.00 | 600.00 | RULE 11 BRIEF, RESEARCH CASES FOR BRIEF. | | |
| 06/03/2008 | EML | ERIN M. LYON | 0.25 | 25.00 | CONFERENCE WITH ATTORNEY HULST TO REVIEW RULE | 047166-0620 | 1224418 |
| 07/11/2008 | | Invoice=159513 | 0.25 | 25.00 | 11 BRIEF. | | |
| 06/04/2008 | EML | ERIN M. LYON | 3.50 | 350.00 | BEGIN PREPARATION OF BRIEF. | 047166-0620 | 1224834 |
| 07/11/2008 | | Invoice=159513 | 3.50 | 350.00 | | | |
| 06/05/2008 | EML | ERIN M. LYON | 6.25 | 625.00 | CONTINUE PREPARATION OF RULE 11 BRIEF. | 047166-0620 | 1225082 |
| 07/11/2008 | | Invoice=159513 | 6.25 | 625.00 | | | |
| 06/08/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW OPINION AND ORDER RE | 047166-0620 | 1226613 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY | | |
| | | | | | DISPOSITION FROM U.S. DISTRICT COURT. | | |
| 06/11/2008 | EML | ERIN M. LYON | 0.50 | 50.00 | CONFERENCE WITH ATTORNEY McCARTHY REGARDING | 047166-0620 | 1226996 |
| 07/11/2008 | | Invoice=159513 | 0.50 | 50.00 | CHANGES TO RULE 11 BRIEF. | | |
| 06/12/2008 | EML | ERIN M. LYON | 1.00 | 100.00 | REVISE RULE 11 BRIEF. | 047166-0620 | 1227266 |
| 07/11/2008 | | Invoice=159513 | 1.00 | 100.00 | | | |
| 06/13/2008 | EML | ERIN M. LYON | 2.50 | 250.00 | COMPLETE CORRECTIONS TO RULE 11 BRIEF. | 047166-0620 | 1227691 |
| 07/11/2008 | | Invoice=159513 | 2.50 | 250.00 | | | |
| 06/18/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | PREPARE CORRESPONDENCE TO [redacted] | 047166-0620 | 1230561 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | PROVIDING UPDATE AND REQUESTING PERMISSION TO | | |
| | | | | | SEND RULE 11 MOTION TO SATISFY SAFE HARBOR. | | |
| 06/19/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW RESPONSIVE CORRESPONDENCE | 047166-0620 | 1230584 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | FROM [redacted] AND REQUEST TO OBTAIN APPROVAL FROM JOHN LEIBERSBACH. | | |
| 06/19/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | RECEIVE AND REVIEW PLAINTIFFS' MOTION FOR | 047166-0620 | 1230597 |
| 07/11/2008 | | Invoice=159513 | 0.40 | 64.00 | RECONSIDERATION REGARDING COURT'S GRANT OF SUMMARY JUDGMENT AS TO COUNT III. | | |
| 06/23/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | PREPARE CORRESPONDENCE TO [redacted] | 047166-0620 | 1231318 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | REGARDING RULE 11 MOTION AND SATISFYING FEDERAL RULE 11 SAFE HARBOR. | | |
| 06/23/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | TELEPHONE CONFERENCE WITH [redacted] | 047166-0620 | 1231354 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | REGARDING CASE AND APPROVAL TO SERVE RULE 11 MOTION TO PLAINTIFF TO INVOKE SAFE HARBOR; FURTHER DISCUSSION REGARDING BACKGROUND OF CASE. | | |
| 06/23/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | PREPARE CORRESPONDENCE TO TOM MORRIS DEMANDING | 047166-0620 | 1231356 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | DISMISSAL OF BANK AND REGARDING RULE 11. | | |
| 06/23/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW PLAINTIFF'S MOTION FOR | 047166-0620 | 1230566 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | RECONSIDERATION OF ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT FILED WITH U.S. DISTRICT COURT. | | |
| 06/23/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER DIRECTING DEFENDANTS | 047166-0620 | 1230567 |
| 07/11/2008 | | Invoice=159513 | 0.20 | 32.00 | TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION ENTERED BY U.S. DISTRICT COURT. | | |
| 06/30/2008 | EML | ERIN M. LYON | 0.00 | 0.00 | | 047166-0620 | 1235791 |
| 07/11/2008 | | Invoice=159513 | 0.00 | -1,425.00 | | | |
| 07/03/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MATT | 047166-0620 | 1237039 |
| 08/11/2008 | | Invoice=160490 | 0.30 | 48.00 | VICARI REGARDING REQUEST FOR AFFIDAVIT [redacted] N SUPPORT OF D&T'S RESPONSE TO MOTION FOR RECONSIDERATION; PREPARE RESPONSIVE CORRESPONDENCE TO MATT VICARI REGARDING SAME. | | |
| 07/07/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MONICA | 047166-0620 | 1237072 |
| 08/11/2008 | | Invoice=160490 | 0.30 | 48.00 | INHULSEN, COUNSEL FOR D&T, TOGETHER WITH ATTACHED AFFIDAVIT [redacted] | | |
| 07/07/2008 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | DETAILED TELEPHONE CONFERENCE [redacted] | 047166-0620 | 1237073 |
| 08/11/2008 | | Invoice=160490 | 0.50 | 80.00 | TO REVIEW PROPOSED AFFIDAVIT BY D&T AND DISCUSSION OF FACTUAL BACKGROUND; TELEPHONE CONFERENCE WITH MONICA INHULSEN [redacted] | | |
| 07/07/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MONICA | 047166-0620 | 1237074 |
| 08/11/2008 | | Invoice=160490 | 0.20 | 32.00 | INHULSEN TOGETHER WITH REVISED AFFIDAVIT. | | |
| 07/07/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | TELEPHONE CONFERENCE WITH MONICA INHULSEN | 047166-0620 | 1237076 |
| 08/11/2008 | | Invoice=160490 | 0.20 | 32.00 | REGARDING NO NEED FOR AFFIDAVIT [redacted] | | |
| 07/07/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW D&T LAND HOLDINGS' RESPONSE | 047166-0620 | 1235052 |
| 08/11/2008 | | Invoice=160490 | 0.20 | 32.00 | IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY MATT VICARI. | | |
| 07/08/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | PREPARE CORRESPONDENCE TO [redacted] | 047166-0620 | 1240847 |
| 08/11/2008 | | Invoice=160490 | 0.30 | 48.00 | REGARDING UPDATE CONCERNING PCI'S INTENTION TO OBTAIN AFFIDAVIT; RECEIVE AND REVIEW RESPONSIVE CORRESPONDENCE [redacted] REGARDING SAME. | | |
| 07/09/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIPT AND REVIEW RESPONSE IN OPPOSITION TO | 047166-0620 | 1240232 |
| 08/11/2008 | | Invoice=160490 | 0.20 | 32.00 | MOTION FOR RECONSIDERATION RE ORDER & OPINION DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT. | | |
| 08/20/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | REVIEW FILE WITH STEVE HULST AND ISSUES TO | 047166-0620 | 1251887 |
| 09/10/2008 | | Invoice=161793 | 0.30 | 48.00 | ADDRESS IN SUMMARY JUDGMENT MOTION. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 08/21/2008 | SJH | STEPHEN J. HULST | 2.25 | 360.00 | REVIEW PLEADINGS; BEGIN DRAFT OF BRIEF IN | 047166-0620 | 1250775 |
| 09/10/2008 | | Invoice=161793 | 2.25 | 360.00 | SUPPORT OF MOTION FOR SUMMARY JUDGMENT | | |
| 08/22/2008 | SJH | STEPHEN J. HULST | 1.50 | 240.00 | RESEARCH UFTA; RESEARCH FAILURE TO STATE CLAIM; | 047166-0620 | 1251842 |
| 09/10/2008 | | Invoice=161793 | 1.50 | 240.00 | CONTINUE DRAFT OF BRIEF | | |
| 08/29/2008 | SJH | STEPHEN J. HULST | 1.00 | 160.00 | CONTINUE DRAFT OF BRIEF IN SUPPORT OF MOTION | 047166-0620 | 1253810 |
| 09/10/2008 | | Invoice=161793 | 1.00 | 160.00 | FOR SUMMARY JUDGMENT OF ALL PLAINTIFF'S CLAIMS | | |
| | | | | | AGAINST HUNTINGTON | | |
| 09/02/2008 | SJH | STEPHEN J. HULST | 3.25 | 520.00 | RESEARCH AND ANALYSIS OF GARNISHMENT CLAIMS; | 047166-0620 | 1254485 |
| 10/08/2008 | | Invoice=162898 | 3.25 | 520.00 | CONTINUE DRAFTING AND EDITING BRIEF AND MOTION | | |
| | | | | | FOR SUMMARY JUDGMENT | | |
| 09/04/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | TELEPHONE CONFERENCE WITH MATT VICARI REGARDING | 047166-0620 | 1255798 |
| 10/08/2008 | | Invoice=162898 | 0.20 | 32.00 | STATUS OF CASE AND FORTHCOMING MOTION FOR | | |
| | | | | | SUMMARY JUDGMENT. | | |
| 09/09/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIPT AND REVIEW OF NOTICE OF HEARING FROM | 047166-0620 | 1256465 |
| 10/08/2008 | | Invoice=162898 | 0.20 | 32.00 | USDC ON MOTION FOR SUMMARY JUDGMENT. | | |
| 09/11/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1257108 |
| 10/08/2008 | | Invoice=162898 | 0.30 | 48.00 | MORRIS REGARDING POTENTIAL AFFIDAVIT IN | | |
| | | | | | RESPONSE TO MOTION FOR SUMMARY JUDGMENT; | | |
| | | | | | PREPARE RESPONSIVE CORRESPONDENCE TO TOM MORRIS | | |
| | | | | | REGARDING SAME AND REQUESTING CONFIRMATION THAT | | |
| | | | | | CASE WILL BE DISMISSED UPON TENDERING | | |
| | | | | | AFFIDAVIT. | | |
| 09/23/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1260813 |
| 10/08/2008 | | Invoice=162898 | 0.40 | 64.00 | MORRIS, TOGETHER WITH PROFFERED AFFIDAVIT; | | |
| | | | | | REVIEW AND ANALYZE AFFIDAVIT; PREPARE | | |
| | | | | | CORRESPONDENCE [redacted] REGARDING AND | | |
| | | | | | FORWARDING SAME. | | |
| 09/29/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | DETAILED TELEPHONE CONFERENCE WITH TOM MORRIS, | 047166-0620 | 1263363 |
| 10/08/2008 | | Invoice=162898 | 0.25 | 40.00 | PLAINTIFF'S COUNSEL, REGARDING PROFERRED | | |
| | | | | | AFFIDAVIT AND POSSIBLE CHANGES IN ORDER TO | | |
| | | | | | OBTAIN VOLUNTARY DISMISSAL OF BANK. | | |
| 10/09/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | TELEPHONE CONFERENCE WITH TOM MORRIS REGARDING | 047166-0620 | 1266936 |
| 11/10/2008 | | Invoice=164043 | 0.25 | 40.00 | FOLLOW UP TO AFFIDAVIT POSSIBILITY AND CONTENT | | |
| | | | | | OF SAME. | | |
| 10/17/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | PREPARE CORRESPONDENCE TO TOM MORRIS REJECTING | 047166-0620 | 1270778 |
| 11/10/2008 | | Invoice=164043 | 0.20 | 32.00 | AFFIDAVIT AND OFFERING TO DISMISS THE CASE WITH | | |
| | | | | | PREJUDICE AND WITHOUT COSTS. | | |
| 10/24/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | REVIEW STATUS OF SETTLEMENT COMMUNICATIONS WITH | 047166-0620 | 1270820 |
| 11/10/2008 | | Invoice=164043 | 0.20 | 32.00 | PLAINTIFF'S COUNSEL; PREPARE CORRESPONDENCE TO | | |
| | | | | | PETE RHOADES REGARDING SAME. | | |
| 10/28/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MATT | 047166-0620 | 1271745 |
| 11/10/2008 | | Invoice=164043 | 0.20 | 32.00 | VICARI REGARDING PENDING MOTION AND LACK OF | | |
| | | | | | RESPONSE BY PLAINTIFF. | | |
| 10/28/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER CANCELING HEARING AND | 047166-0620 | 1271768 |
| 11/10/2008 | | Invoice=164043 | 0.20 | 32.00 | SCHEDULING NEW DATES FILED BY U.S. DISTRICT | | |
| | | | | | COURT; CALENDAR ALL DATES AND DEADLINES. | | |
| 11/12/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | REVIEW STATUS OF FINAL PRETRIAL ORDER AND | 047166-0620 | 1276935 |
| 01/09/2009 | | Invoice=166146 | 0.30 | 48.00 | CONTENTS OF SAME. | | |
| 12/15/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER DENYING PLAINTIFF'S | 047166-0620 | 1286274 |
| 01/09/2009 | | Invoice=166146 | 0.20 | 32.00 | MOTION FOR RECONSIDERATION ENTERED BY U.S. | | |
| | | | | | DISTRICT COURT. | | |
| 12/18/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MATT | 047166-0620 | 1288325 |
| 01/09/2009 | | Invoice=166146 | 0.30 | 48.00 | VICARI FORWARDING AND RESPONDING TO REQUEST BY | | |
| | | | | | DEARBORN TO AMEND COMPLAINT; TELEPHONE CALL TO | | |
| | | | | | MATT VICARI REGARDING SAME. | | |
| 12/23/2008 | PAM | PAUL A. MC CARTHY | 0.50 | 80.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM TOM | 047166-0620 | 1289156 |

Case 1:07-cv-01036-HWB ECF No. 53-8, PageID.291 Filed 01/15/09 Page 9 of 11

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/09/2009 | | Invoice=166146 | 0.50 | 80.00 | MORRIS REGARDING FINAL PRETRIAL ORDER; REVIEW | | |
| | | | | | SAME; TELEPHONE CALL TO MATT VICARI REGARDING | | |
| | | | | | SAME. | | |
| | | | | | | | |
| 12/29/2008 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MONICA | 047166-0620 | 1289475 |
| 01/09/2009 | | Invoice=166146 | 0.40 | 64.00 | INHULSEN, TOGETHER WITH DRAFT MOTION IN LIMINE | | |
| | | | | | AND BRIEF IN SUPPORT. | | |
| | | | | | | | |
| 12/29/2008 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW DRAFT FINAL PRETRIAL ORDER | 047166-0620 | 1289476 |
| 01/09/2009 | | Invoice=166146 | 0.30 | 48.00 | FROM TOM MORRIS. | | |
| | | | | | | | |
| 12/29/2008 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MONICA | 047166-0620 | 1289484 |
| 01/09/2009 | | Invoice=166146 | 0.25 | 40.00 | INHULSEN REGARDING FINAL PRETRIAL ORDER AND | | |
| | | | | | INPUT REGARDING SAME. | | |
| | | | | | | | |
| 12/30/2008 | PAM | PAUL A. MC CARTHY | 1.80 | 288.00 | REVIEW PLEADINGS REGARDING WITNESSES IDENTIFIED | 047166-0620 | 1289498 |
| 01/09/2009 | | Invoice=166146 | 1.80 | 288.00 | BY PARTIES; REVIEW STATUS OF SUMMARY JUDGMENT | | |
| | | | | | MOTION; REVIEW COURT DOCKET SHEET TO CONFIRM NO | | |
| | | | | | ACTION BEING TAKEN REGARDING MOTION; REVIEW | | |
| | | | | | DRAFT FINAL PRETRIAL ORDER AS PREPARED BY | | |
| | | | | | PLAINTIFF; COMPARE REVISIONS AND ADDITIONS | | |
| | | | | | IDENTIFIED BY MONICA INHULSEN; DRAFT ADDITIONAL | | |
| | | | | | SECTIONS FOR INCLUSION BY HUNTINGTON; REVIEW | | |
| | | | | | BANK FILE REGARDING ANY EXHIBITS THAT MAY BE | | |
| | | | | | OFFERED INTO EVIDENCE AT TRIAL; FINAL REVIEW | | |
| | | | | | AND EDITS TO FINAL PRETRIAL ORDER; PREPARE | | |
| | | | | | CORRESPONDENCE TO TOM MORRIS, FORWARDING SAME; | | |
| | | | | | PREPARE CORRESPONDENCE TO [redacted] | | |
| | | | | | REGARDING FINAL PRETRIAL CONFERENCE [redacted] | | |
| | | | | | [redacted] | | |
| | | | | | | | |
| 12/30/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW D&T'S MOTION IN LIMINE TO | 047166-0620 | 1289511 |
| 01/09/2009 | | Invoice=166146 | 0.20 | 32.00 | BAR PLAINTIFF'S CALLING OF WITNESSES AND | | |
| | | | | | PRESENTATION OF EVIDENCE ON COUNTS I AND II AND | | |
| | | | | | BRIEF IN SUPPORT | | |
| | | | | | | | |
| 12/30/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW PCI HOLDINGS' MOTION IN | 047166-0620 | 1289512 |
| 01/09/2009 | | Invoice=166146 | 0.20 | 32.00 | LIMINE TO BAR PLAINTIFF'S CALLING OF WITNESSES | | |
| | | | | | AND PRESENTATION OF EVIDENCE ON COUNTS I AND | | |
| | | | | | II. | | |
| | | | | | | | |
| 12/31/2008 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIPT AND REVIEW OF STIPULATION FOR APPROVAL | 047166-0620 | 1290568 |
| 01/09/2009 | | Invoice=166146 | 0.20 | 32.00 | OF FINAL PRETRIAL ORDER AND FINAL PRETRIAL | | |
| | | | | | ORDER. | | |
| | | | | | | | |
| 01/05/2009 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | RECEIVE AND REVIEW VARIOUS ITEMS OF | 047166-0620 | 1292321 |
| | | | | | CORRESPONDENCE [redacted] | | |
| | | | | | [redacted] EGARDING FINAL PRETRIAL CONFERENCE; | | |
| | | | | | TELEPHONE CONFERENCE WITH [redacted] | | |
| | | | | | REGARDING SAME, REGARDING CASE AND STATUS OF | | |
| | | | | | CASE AND STRATEGY FOR FINAL PRETRIAL | | |
| | | | | | CONFERENCE. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 1.80 | 288.00 | PREPARE FOR FINAL PRETRIAL CONFERENCE; | 047166-0620 | 1293203 |
| | | | | | CONFERENCE WITH STEVE MILLER FROM HUNTINGTON | | |
| | | | | | REGARDING MATTER AND PREPARATION FOR FINAL | | |
| | | | | | PRETRIAL; TRAVEL TO COURT; ATTEND FINAL | | |
| | | | | | PRETRIAL CONFERENCE; RETURN; FOLLOWING COURT | | |
| | | | | | ORALLY GRANTING MOTION FOR SUMMARY JUDGMENT; | | |
| | | | | | BEGIN REVIEW OF RULE 11 ISSUES TO PURSUE FEES | | |
| | | | | | AND COSTS. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | RECEIVE AND REVIEW OPINION AND ORDER GRANTING | 047166-0620 | 1293205 |
| | | | | | SUMMARY JUDGMENT. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW OPINION OF U.S. DISTRICT | 047166-0620 | 1291538 |
| | | | | | COURT RE HUNTINGTON NATIONAL BANK'S MOTION FOR | | |
| | | | | | SUMMARY DISPOSITION. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER GRANTING HUNTINGTON | 047166-0620 | 1291539 |
| | | | | | NATIONAL BANK'S MOTION FOR SUMMARY DISPOSITION | | |
| | | | | | ENTERED BY U.S. DISTRICT COURT. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW ORDER DENYING MOTIONS IN | 047166-0620 | 1291540 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | LIMINE ENTERED BY U.S. DISTRICT COURT. | | |
| | | | | | | | |
| 01/06/2009 | PAM | PAUL A. MC CARTHY | 0.20 | 32.00 | RECEIVE AND REVIEW FINAL PRETRIAL ORDER ENTERED | 047166-0620 | 1291543 |
| | | | | | BY U.S. DISTRICT COURT ALONG WITH MINUTES OF | | |
| | | | | | FINAL PRETRIAL ORDER. | | |
| | | | | | | | |
| 01/07/2009 | PAM | PAUL A. MC CARTHY | 0.40 | 64.00 | TELEPHONE CONFERENCE WITH PETE RHOADES | 047166-0620 | 1291548 |
| | | | | | REGARDING FINAL PRETRIAL, RULING ON MOTION FOR | | |
| | | | | | SUMMARY JUDGMENT, AND MOVING FOR COSTS AND FEES | | |
| | | | | | UNDER RULE 11; PREPARE UPDATE TO [redacted] | | |
| | | | | | [redacted] AT HUNTINGTON REGARDING SAME. | | |
| | | | | | | | |
| 01/08/2009 | PAM | PAUL A. MC CARTHY | 0.30 | 48.00 | REVIEW RULE 11 MOTION ISSUES WITH STEVE HULST | 047166-0620 | 1292389 |
| | | | | | TO REVIEW DEADLINE UNDER RULES FOR MOTION TO BE | | |
| | | | | | FILED; REVIEW SAME AND DISCUSS TIMING AND | | |
| | | | | | STRATEGY. | | |
| | | | | | | | |
| 01/09/2009 | PAM | PAUL A. MC CARTHY | 0.25 | 40.00 | RECEIVE AND REVIEW CORRESPONDENCE FROM MATT | 047166-0620 | 1292426 |
| | | | | | VICARI REGARDING TRIAL [redacted] | | |
| | | | | | [redacted] EPARE RESPONSIVE | | |
| | | | | | CORRESPONDENCE TO MATT VICARI REGARDING SAME. | | |
| | | | | | | | |
| | | UNBILLED TOTALS: WORK | 4.25 | 680.00 | 10 records | | |
| | | UNBILLED TOTALS: BILL: | 4.25 | 680.00 | | | |
| | | | | | | | |
| | | BILLED TOTALS: WORK: | 97.35 | 13,976.00 | 128 records | | |
| | | BILLED TOTALS: BILL: | 97.35 | 12,271.00 | | | |
| | | | | | | | |
| | | GRAND TOTALS: WORK: | 101.60 | 14,656.00 | 138 records | | |
| | | GRAND TOTALS: BILL: | 101.60 | 12,951.00 | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/27/2007 | PDR | PETER D. RHOADES | 972 | 2035.00 | 0.13 | 264.55 | REPRODUCTION SERVICE | 177359 |
| 01/09/2008 | | Invoice=152124 | | 2035.00 | 0.13 | 264.55 | | |
| | | | | | | | | |
| 11/29/2007 | PAM | PAUL A. MC CARTHY | 62 | 1.00 | 15.04 | 15.04 | COMPUTER RESEARCH THOMSON WEST | 176999 |
| 12/10/2007 | | Invoice=151147 | | 1.00 | 15.04 | 15.04 | | |
| | | Voucher=205968 Paid | | | | | Vendor=THOMSON WEST Balance= .00 Amount= 4298.35 | |
| | | | | | | | Paid: 112826 12/20/2007 | |
| | | | | | | | | |
| 01/24/2008 | PAM | PAUL A. MC CARTHY | 51 | 3434.00 | 0.20 | 686.80 | COPIER EXPENSE | 178335 |
| 02/11/2008 | | Invoice=153455 | | 3434.00 | 0.20 | 686.80 | | |
| | | | | | | | | |
| 06/27/2008 | EML | ERIN M. LYON | 62 | 1.00 | 65.00 | 65.00 | COMPUTER RESEARCH THOMSON WEST (EXCLUDED) | 181396 |
| 07/11/2008 | | Invoice=159513 | | 1.00 | 65.00 | 65.00 | | |
| | | Voucher=210798 Paid | | | | | Vendor=THOMSON WEST Balance= .00 Amount= 4502.52 | |
| | | | | | | | Paid: 116536 07/31/2008 | |
| | | | | | | | | |
| 06/27/2008 | EML | ERIN M. LYON | 62 | 1.00 | 40.00 | 40.00 | COMPUTER RESEARCH - THOMSON WEST | 181397 |
| 07/11/2008 | | Invoice=159513 | | 1.00 | 40.00 | 40.00 | | |
| | | Voucher=210798 Paid | | | | | Vendor=THOMSON WEST Balance= .00 Amount= 4502.52 | |
| | | | | | | | Paid: 116536 07/31/2008 | |
| | | | | | | | | |
| 08/28/2008 | SJH | STEPHEN J. HULST | 62 | 1.00 | 38.64 | 38.64 | COMPUTER RESEARCH - THOMSON WEST | 182780 |
| 09/10/2008 | | Invoice=161793 | | 1.00 | 38.64 | 38.64 | | |
| | | Voucher=212159 Paid | | | | | Vendor=THOMSON WEST Balance= .00 Amount= 5734.61 | |
| | | | | | | | Paid: 117574 09/29/2008 | |
| | | | | | | | | |
| 09/30/2008 | SJH | STEPHEN J. HULST | 62 | 1.00 | 12.36 | 12.36 | COMPUTER RESEARCH - THOMSON WEST | 183508 |
| 10/08/2008 | | Invoice=162898 | | 1.00 | 12.36 | 12.36 | | |
| | | Voucher=212918 Paid | | | | | Vendor=THOMSON WEST Balance= .00 Amount= 5760.56 | |
| | | | | | | | Paid: 118221 10/30/2008 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 1,122.39 | 7 records | |
| | | BILLED TOTALS: BILL: | | | | 1,122.39 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 1,122.39 | 7 records | |
| | | GRAND TOTAL: BILL: | | | | 1,122.39 | | |