# EXHIBIT 1

**The Huntington National Bank's Supplemental Brief in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

## Billing Rate Summary

*Billing Rates*

**Billing Rate Summary**

Approximately 80.7% of the 393 firms responding to this question have a standard hourly billing rate that they apply as a guide, or basis, for fee computation.

| | Count | Mean | Median | 10th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|---|
| **Transactional** | | | | | | | | |
| All Firms | 307 | $197.08 | $195.00 | $150.00 | $155.00 | $195.00 | $225.00 | $250.00 |
| Selected Firms | 11 | $235.91 | $225.00 | $175.00 | $200.00 | $225.00 | $250.00 | $300.00 |
| **Litigation** | | | | | | | | |
| All Firms | 305 | $200.77 | $195.00 | $150.00 | $155.00 | $195.00 | $225.00 | $266.00 |
| Selected Firms | 10 | $256.00 | $237.50 | $172.50 | $213.75 | $237.50 | $268.75 | $320.00 |

© Copyright 2007 - Synergy Management Solutions, Inc. - All Rights Reserved

Home | About the Survey | Attorney Results | Firm Results | Customer Support | Log Off

Firm Results Introduction

How to Access the Firm Results

Firm Results Selection Criteria

Billing Rates

Billing Practices

Law Office Economics

Staff Salaries and Benefits

## Firm Results Selection Criteria

You may select or filter survey results by using the tools on this page. To choose specific selection criteria, choose items from one of the two available items lists and click on the corresponding 'Add to Selections' button. To remove criteria, choose items in a selected items list and click the corresponding 'Remove from Selections' button. When you have completed your selections, simply click in the results menu on the left to view survey results for the selected criteria. Click here for more help...

*Available Firm Sizes (Attorney Count)*

Add to Selections >
Add All to Selections >>
< Remove from Selections
<< Remove All From Selections

*Selected Firm Sizes (Attorney Count)*

0
1
2
3 to 6
7 to 10

*Available Office Locations*

Downtown Detroit
Detroit (Other)
Wayne County Area
Macomb County (North)
Macomb County (South)

Add to Selections >
Add All to Selections >>
< Remove from Selections
<< Remove All From Selections

*Selected Office Locations*

Grand Rapids Area

Go To Attorney Results

Usage Agreement | Privacy Policy | Browser Compatibility | Contact Webmaster