# EXHIBIT 2

**The Huntington National Bank's Supplemental Brief in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (GRAND RAPIDS)

DEARBORN STREET BUILDING ASSOCIATES LLC, an Illinois limited liability company,

Plaintiff,

v

D & T LAND HOLDINGS LLC, a Michigan limited liability company; PCI HOLDINGS, LLC, a Michigan limited liability company; and THE HUNTINGTON NATIONAL BANK, a national banking association,

Defendants

Civil Case No. 1:07-CV-1056

Hon. Hugh W. Brenneman, Jr.

Thomas R. Morris (P39141)
SILVERMAN & MORRIS, P.L.L.C.
Attorneys for Plaintiff
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322
(248) 539-1330

Paul A. McCarthy (P47212)
RHOADES MCKEE
Attorneys for Defendant Hungington National Bank
600 Waters Building
161 Ottawa Avenue, N. W.
Grand Rapids, MI 49503
(616) 235-3500

Matthew L. Vicari (P44049)
Monica C. Inhulsen (P66124)
MILLER JOHNSON
Attorneys for D&T Land Holdings LLC
250 Monroe Ave., NW Suite 800
Grand Rapids, MI 49503
(616) 831-1700

Jeffrey G. Muth (P65041)
BARNES & THORNBURG LLC
Attorneys for Defendant PCI Holdings LLC
300 Ottawa Ave., NW Suite 500
Grand Rapids, MI 49503
(616) 742-3930

**AFFIDAVIT OF PAUL McCARTHY**

State of Michigan )
Kent County )

Paul A. McCarthy, being sworn, states as follows:

1. I am fully familiar with the facts stated in this affidavit and, if sworn as a witness, I am competent to testify to them.

2. I earned a BBA, *with distinction* (finance concentration), from the University of Michigan Business School in 1989. In 1992, I earned my law degree, *cum laude*, from Marquette University. In 1994, I also earned by MBA from Marquette University, thus completing my dual-degree studies.

3. I have been licensed to practice law in the State of Michigan for sixteen years, having been admitted to the bar in November of 1992.

4. I am a shareholder with the firm of Rhoades McKee, P.C., where I have worked my entire career.

5. I am a trial lawyer and my practice is focused on commercial litigation disputes. I am an AV-rated attorney and was selected as a "Michigan Super Lawyer" in the area of business litigation.

6. My 2008 standard hourly rate that I charge for commercial litigation matters is $280 an hour. By design, this rate is intended to be less than the rate charged by my peers at other major Grand Rapids firms.

7. The services reflected in Exhibit E to Huntington's Brief in Support of Sanctions Pursuant to Fed. R. Civ. P. 11 were reasonable, necessary, and were actually performed in order to protect Huntington's interests in this litigation.

[signature]
Paul A. McCarthy

Subscribed and sworn to before me
Date: Jan 22 2009

[signature]
Notary Public, Kent County, MI
My Commission expires: 01/20/2011
Acting in Kent County MI