UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEARBORN STREET BUILDING
ASSOCIATES LLC,

        Plaintiff,

vs.

D & T LAND HOLDINGS, LLC;
PCI HOLDINGS, LLC; and,
THE HUNTINGTON NATIONAL
BANK,

        Defendants.
_____/

Case No. 1:07-cv-1056

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

This action was tried by Magistrate Judge Hugh W. Brenneman, Jr., without a jury and the following decision was reached:

It is ordered that the plaintiff Dearborn Street Building Associates, LLC, recovers from the defendant PCI Holdings, LLC, the amount of $54,196.69, and from the defendant D&T Land Holdings, LLC, the amount of $155,143.64, with interest thereon and costs of action as provided by law.

Dated: September 16, 2009

                                                /s/ Hugh W. Brenneman, Jr.
                                                HUGH W. BRENNEMAN, JR.
                                                United States Magistrate Judge